ST.  GERMAIN  IRRIGATING  COMPANY,  Appellant,  v. HAWTHORNE  DITCH  COMPANY, et al., Respondents.

(143 N. W. 1135.)

(Opinion filed October 6, 1913.)

Appeal from Circuit Court, Pennington County.   Hon. WILLIAM G. RICE, Judge.

Action by the St. Germain Irrigating Company against the Hawthorne Ditch Company and others.   From an adverse judgment and order, plaintiff appeals.   Affirmed.

See, 32 S. D. 260, 143 N. W. 124.

*Frank D. Bangs,* for Appellant.

*Schrader & Lewis,* for Respondents.

McCOY, J.   This appeal involves precisely the same issues as another appeal under the same title, growing out of the same cause of action,. heretofore decided by this court in an opinion filed on the 23d day of September, 1913.   143 N. W. 124.   This appeal will be governed by the opinion in that case.   Finding no error in the record, the judgment and order appealed from are affirmed.